# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

TINEKA S. FLEMING,  :

    Plaintiff,  :

vs.                                           CA 05-0439-C

                                  :

JO ANNE B. BARNHART,
Commissioner of Social Security,  :

    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,950.00 under the Equal Access to Justice Act, representing compensation for 15.6 hours of service by Byron A. Lassiter, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 30th day of May, 2006.

                                             s/WILLIAM E. CASSADY
                                             **UNITED STATES MAGISTRATE JUDGE**